| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| YOUNG K CHANG, ESQ.   [#164906]<br>LAW OFFICES OF YOUNG K CHANG<br>3250 Wilshire Blvd., #1915<br>Los Angeles, CA 90010<br>Tel: 213-480-1050<br>Fax: 213-480-1028<br>email: bklaw3@yahoo.com<br><br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for: Debtor(s)* | **FILED & ENTERED**<br><br>**JUN 09 2015**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bakchell  DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - _LOS ANGELES__ DIVISION**

| In re:<br><br>    JAE DONG TAK<br><br><br><br><br><br><br>                                                Debtor(s). | CASE NO.: 2:15-bk-11056-RK<br><br>CHAPTER: 7<br><br>**ORDER ☐ GRANTING ☒ DENYING**<br>**MOTION TO AVOID LIEN UNDER**<br>**11 U.S.C.§ 522(f) (REAL PROPERTY)**<br><br>☒ No hearing held<br>☐ Hearing held<br>Date:<br>Time:<br>Courtroom:<br>Place: |

**Creditor Holding Lien to be Avoided** (*name*):  CARIBBEAN BLUES, INC.

The Motion was:   ☐ Opposed   ☒ Unopposed   ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt.  The court finds and orders as follows:

1. ☐ Notice of this Motion complied with LBR 9013-1(d).

2. ☒ Notice of this Motion complied with LBR 9013-1(o).

   a. ☒ There was no opposition and request for hearing.

   b. ☐ Hearing requested and held as indicated in the caption.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3.  The real property to which this order applies is as follows:

    a.  Street address (*specify*): 13507 Elgers Street, Cerritos, CA 90703

    b.  Legal description (*specify*):                                    ☒ See attached page

4.  Recording information regarding lien to be avoided:

    a.  Date of recordation of lien (*specify*):  07/23/2014 .

    b.  Recorder's instrument number or map/book/page number (*specify*): 20140763511

5.  ☐ Motion granted:

    a.  ☐ The judicial lien sought to be avoided impairs an exemption to which Debtor would otherwise be entitled
          under 11 U.S.C. § 522(d)

    b.  ☐ The judicial lien is void and unenforceable:

        (1) ☐ In its entirety

        (2) ☐ In the following amount *only*: $ _____.  The balance of $ _____ remains a valid and
              enforceable lien against the property.

6.  ☒ Motion denied on the following grounds:      ☐ with prejudice   ☒ without prejudice

    a.  ☐ Insufficient notice
    b.  ☐ Insufficient evidence of the exempt status of the property in question
    c.  ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).
    d.  ☒ Insufficient evidence of fair market value.
    e.  ☐ Motion is incomplete.
    f.  ☒ Other (*specify*):  The moving papers are deficient because Debtor has not submitted admissible and credible
          evidence of the valuation of the subject property (that is, the appraisal report without a declaration of the
          appraiser under penalty of perjury is not admissible testimony, Fed. R. Evid. 601, 602, 603 and 702 and
          28 U.S.C. § 1746(2)). Debtor's conclusory valuation opinion itself is insufficient because debtor has not
          otherwise shown that his valuation opinion is based on a scientifically accepted method of valuation (i.e.,
          sales comparable analysis). Fed. R. Evid. 601, 602 and 701; In re Meeks, 349 B.R. 19, 22 (Bankr. E.D.
          Cal. 2006), citing in 2 Russell, Bankruptcy Evidence Manual at 792-794 (2014-2015 ed.).

7.  ☒ The court further orders as follows (*specify*):  The court grants movant 60 days leave to supplement the motion
          with a declaration of the appraiser under penalty of perjury if movant is relying upon the appraisal report,
          file and serve the supplement to the motion, and file a declaration re non-opposition, if appropriate, within
          60 days of the date of entry of this order.

                                                    ###

          Date: June 9, 2015
                                            _____
                                            Robert Kwan
                                            United States Bankruptcy Judge

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.