| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| YOUNG K CHANG, ESQ.   [#164906]<br>LAW OFFICES OF YOUNG K CHANG<br>3250 Wilshire Blvd., #1915<br>Los Angeles, CA 90010<br>Tel: 213-480-1050<br>Fax: 213-480-1028<br>email: bklaw3@yahoo.com | **FILED & ENTERED**<br><br>**JUN 09 2015**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bakchell  DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for: Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  LOS ANGELES   DIVISION**

| In re:<br><br>JAE DONG TAK<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:15-bk-11056-RK<br><br>CHAPTER: 7<br><br>**ORDER  ☐ GRANTING   ☒ DENYING<br>MOTION TO AVOID LIEN UNDER<br>11 U.S.C.§ 522(f) (REAL PROPERTY)** |
|---|---|
| | ☒  No hearing held<br>☐  Hearing held<br>Date:<br>Time:<br>Courtroom:<br>Place: |

**Creditor Holding Lien to be Avoided** (*name*):  SAMTEX FABRICS, INC.

The Motion was:     ☐ Opposed     ☒ Unopposed     ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt.  The court finds and orders as follows:

1. ☐ Notice of this Motion complied with LBR 9013-1(d).

2. ☒ Notice of this Motion complied with LBR 9013-1(o).

   a. ☒ There was no opposition and request for hearing.

   b. ☐ Hearing requested and held as indicated in the caption.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                Page 1                                **F 4003-2.1.AVOID.LIEN.RP.ORDER**

3. The real property to which this order applies is as follows:

    a. Street address (*specify*): 13507 Elgers Street, Cerritos, CA 90703

    b. Legal description (*specify*):                                                                ☒ See attached page

4. Recording information regarding lien to be avoided:

    a. Date of recordation of lien (*specify*): __12/18/2014__ .

    b. Recorder's instrument number or map/book/page number (*specify*): 20141375858

5. ☐ Motion granted:

    a. ☐ The judicial lien sought to be avoided impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(d)

    b. ☐ The judicial lien is void and unenforceable:

        (1) ☐ In its entirety

        (2) ☐ In the following amount *only*: $ _____. The balance of $ _____ remains a valid and enforceable lien against the property.

6. ☒ Motion denied on the following grounds:    ☐ with prejudice    ☒ without prejudice

    a. ☐ Insufficient notice
    b. ☐ Insufficient evidence of the exempt status of the property in question
    c. ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).
    d. ☒ Insufficient evidence of fair market value.
    e. ☐ Motion is incomplete.
    f. ☒ Other (*specify*):  The moving papers are deficient because Debtor has not submitted admissible and credible evidence of the valuation of the subject property (that is, the appraisal report without a declaration of the appraiser under penalty of perjury is not admissible testimony, Fed. R. Evid. 601, 602, 603 and 702 and 28 U.S.C. § 1746(2)). Debtor's conclusory valuation opinion itself is insufficient because debtor has not otherwise shown that his valuation opinion is based on a scientifically accepted method of valuation (i.e., sales comparable analysis). Fed. R. Evid. 601, 602 and 701; In re Meeks, 349 B.R. 19, 22 (Bankr. E.D. Cal. 2006), citing in 2 Russell, Bankruptcy Evidence Manual at 792-794 (2014-2015 ed.).

7. ☒ The court further orders as follows (*specify*): ):  The court grants movant 60 days leave to supplement the motion with a declaration of the appraiser under penalty of perjury if movant is relying upon the appraisal report, file and serve the supplement to the motion, and file a declaration re non-opposition, if appropriate, within 60 days of the date of entry of this order.

###

Date: June 9, 2015

_____
Robert Kwan
United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*                                            Page 2                                    F 4003-2.1.AVOID.LIEN.RP.ORDER